# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF | ) | **ORDER** |
| THE PERSON OF, AND RESIDENCE | ) | |
| AND MOTOR VEHICLE ASSOCIATED | ) | |
| WITH, TYLER WADE PORTER. | ) | Case No. 1:16-mj-175 |

Before the court is a "Motion to Seal" filed by the Government on May 26, 2016. The Government requests that this matter remain under seal, averring; (1) the documents filed with the court contain the name and statements made by a confidential information who provided information about defendant's activities; and (2) disclosure of the informant through the public access to these documents may at this time compromise the safety and security of the informant.

For good cause show, the court **GRANTS** the Government's motion (Docket No. 4). The matter, including the Application and Affidavit for Search Warrant, the Affidavit of ATF SA Daniel Mehlhoff and all attachments thereto, the Search Warrant Return, and the Motion to Seal shall remain under seal until August 29, 2016.

**IT IS SO ORDERED.**

Dated this 26th day of May, 2016.

>  /s/ Charles S. Miller, Jr.
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court